UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOSEPH A. CAUFIELD | ) | |
| PATRICIA A. CAUFIELD | ) | |
|     Plaintiffs | ) | |
| | ) | CASE NO. 3:12-452 |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| HSBC MORTGAGE SERVICES, INC., | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., and | ) | |
| WM. TIMOTHY HILL, Substitute Trustee | ) | |
|     Defendants | ) | |

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered in this action on this date, the

Court hereby ORDERS and ADJUGES as follows:

1)    the motions to dismiss filed by HSBC Mortgage Services, Inc. (DE 5), Mortgage Electronic Registration Systems, Inc. (DE 11), and Wm. Timothy Hill, Substitute Trustee (DE 3) are GRANTED;

2)    this action is DISMISSED and STRICKEN from the Court's active docket; and

3)    this judgment is FINAL and APPEALABLE.

Dated this 19th day of August, 2013.



Signed By:

*Karen K. Caldwell*

United States District Judge